1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel: (562) 868-5886
4  Fax: (562) 868-5491
   E-Mail: rohlfing_office@msn.com
5
   Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LAWRENCE, | Case No.: 1:09-cv-00862 JLT |
| Plaintiff, | ORDER EXTENDING TIME TO FILE PLAINTIFF'S OPENING BRIEF |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including April 2, 2010, in which to file Plaintiff's opening brief. Defendant's reply brief shall be due by May 3, 2010 and Plaintiff's reply brief due 15 days thereafter.

IT IS SO ORDERED.

Dated:  **March 11, 2010**            **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE

-1-